UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRUCE HALL                                              CIVIL ACTION

VERSUS                                                  NO. 16-457

CITY OF NEW ORLEANS ET AL.                              SECTION "N"(2)

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly, IT IS ORDERED that the claims of Bruce Hall are DISMISSED WITH PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this 25th day of October, 2016.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE